# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Lycurgan, Inc.

　　　　　　　　　　　　　　Plaintiff,

V.

Ares Armor et al

　　　　　　　　　　　　　　Defendant.

Case No. 14cv1424-DMS-JLB

REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:　"Low-Numbered Case No.: 14cv548-JLS-BGS
　　　Title: Lycurgan Inc. v. Jones
　　　Nature of Case: 440 Civil Rights

The above "low-numbered" case and the present case appear:

- ☒ (1) to arise from the same or substantially identical transactions, happenings or events; or
- ☒ (2) involve the same or substantially the same parties or property; or
- ☐ (3) involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or
- ☒ (4) call for determination of the same or substantially identical questions of law; or
- ☐ (5) where a case is refiled within one year of having previously been terminated by the Court; or
- ☒ (6) for other reasons would entail unnecessay duplication of labor if heard by different judges.

**New Case #:** 14cv1424-JLS-BGS

This case was transferred pursuant to the Low-Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**John Morrill**, Clerk of Court,

Dated: 6/12/14　　　　　　By: s/ A. Finnell-Yepez

　　　　　　　　　　　　　　A. Finnell-Yepez, Deputy

## ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated: 6/12/14

　　　　　　　　　　　　　　Janis L. Sammartino
　　　　　　　　　　　　　　United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Janis L. Sammartino and Magistrate Judge Bernard G. Skomal for all further proceedings.

Dated: 6-16-14

　　　　　　　　　　　　　　Dana M. Sabraw
　　　　　　　　　　　　　　United States District Judge