# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE SEARCH OF:<br><br>Ares Armor, 206/208 N. Freeman St., Oceanside; Ares Armor, 416 National City Blvd.; Ares Armor Warehouse, 180 Roymar St. D; and 2420 Industry, Oceanside, CA.<br>_____<br>LYCURGAN, INC. d/b/a ARES ARMOR,<br><br>                      Petitioner,<br>vs.<br><br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br>                      Respondent. | CASE NO. 14-CV-1424 JLS (BGS)<br><br>**ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO UNSEAL SEARCH WARRANT DOCUMENTS**<br><br>(ECF No. 1) |

Presently before the Court is Petitioner Lycurgan, Inc. d/b/a Ares Armor's ("Petitioner") Motion to Unseal Search Warrant Documents. (ECF No. 1.) The Court **HEREBY CALENDARS** this matter for a hearing at 1:30 p.m. on Thursday, July 31, 2014, in Courtroom 4A. Respondent Bureau of Alcohol, Tobacco, Firearms and Explosives **SHALL FILE** an opposition on or before July 10, 2014. Petitioner **MAY**

1 | **FILE** a reply, if any, <u>on or before July 17, 2014</u>.
2 |     **IT IS SO ORDERED**.
3 | DATED: June 20, 2014

                                           *Janis L. Sammartino*
                                        Honorable Janis L. Sammartino
                                        United States District Judge