LAURA E. DUFFY
United States Attorney
ANDREW R. HADEN
Assistant U.S. Attorney
California State Bar No.258436
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6961 Fax: (619) 546-0510
Email: Andrew.haden@usdoj.gov
Attorneys for Plaintiff
United States of America

Attorneys for the United States

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE SEARCH OF:<br><br>Ares Armor, 206/208 N. Freeman St., Oceanside; Ares Armor, 416 National City Blvd.; Ares Armor Warehouse, 180 Roymar St. D; and 2420 Industry, Oceanside, CA.<br>_____<br>LYCURGAN, INC. d/b/a ARES ARMOR,<br><br>　　　　　　　Petitioner,<br><br>　　vs.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>　　　　　　　Respondent. | Case No.<br><br>**14-CV-1424JLS(BGS)**<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name (If none, enter "None" below)

None.

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Name (If none, enter "None" below)

None.

Please call me at the above-listed number if you have any questions about this notice.


DATED: July 9, 2014

Respectfully submitted,

LAURA E. DUFFY
United States Attorney


s/Andrew R. Haden
ANDREW R. HADEN
Assistant United States Attorney

| | |
|---|---|
| IN RE THE SEARCH OF: | Case No. |
| Ares Armor, 206/208 N. Freeman St., Oceanside; Ares Armor, 416 National City Blvd.; Ares Armor Warehouse, 180 Roymar St. D; and 2420 Industry, Oceanside, CA. | **14-CV-1424JLS(BGS)** |
| | **CERTIFICATE OF SERVICE** |

LYCURGAN, INC. d/b/a ARES
ARMOR,

                    Petitioner,

     vs.

BUREAU OF ALCOHOL,
TOBACCO, FIREARMS AND
EXPLOSIVES,

                    Respondent.

I, the undersigned declare under penalty of perjury, that I am over the age eighteen years and I am not a party to the above-entitled action; that I served the following document: Notice of Appearance, in the following manner: by electronically filing with the U.S. District Court for the Southern District of California using its ECF System.

          Scott A. McMillan, Esq.
          Michelle D. Volk, Esq.

     Dated: July 9, 2014.

                              *s/Andrew R. Haden*
                              Andrew R. Haden
                              Assistant U.S. Attorney