# Government's Exhibit 1

# Ares Armor Search Warrant and Supporting Affidavit

# FILED EX PARTE UNDER SEAL