# Government's Exhibit 2

# Ares Armor Search Warrant Sealing Order

# FILED EX PARTE UNDER SEAL