# Government's Exhibit 3

# ATF Letter to Dimitrios Karras Dated July 3, 2014



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

Washington, DC 20226
www.atf.gov

406040:TBM
3450

**FEDERAL EXPRESS**                              JUL 0 3 2014

Dimitrios Karras
c/o Scott A. McMillan
4670 Nebo Drive, Suite 200
La Mesa, California 91941-5230

    **Re:**   **Claim for Seized Property**
           Agency Case Number:   784090-13-0011
           Asset Identification Number: 14-ATF-009592
           Asset Description:   5,804 Unknown Manufacturer AR Type
                                     Receiver/Frame CAL: Unknown SN: Unknown

Dear Mr. Karras:

The United States Department of Justice will not pursue the civil forfeiture of the asset described above. However, the United States Department of Justice will retain the seized property as evidence in its ongoing criminal investigation.

                                                          Sincerely yours,

                                                         For James D. Ingram
                                                         Associate Chief Counsel
                                                         Asset Forfeiture Division
                                                         Office of Chief Counsel