# Government's Exhibit 4

# **FILED EX PARTE UNDER SEAL**