# Government's Exhibit 5

# Declaration of ATF Special Agent Gordon Geerdes

LAURA E DUFFY
United States Attorney
ANDREW R. HADEN
Assistant U.S. Attorney
California Bar No.: 258436
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE THE SEARCH OF: | Case No.: 14-CV-1424-JLS |
|---|---|
| Ares Armor, 206/208 N. Freeman St., Oceanside; Ares Armor, 416 National City Blvd.; Ares Armor Warehouse, 180 Roymar St. D; and 2420 Industry, Oceanside, CA. | DECLARATION OF GORDON T. GEERDES |
| LYCURGAN, INC. d/b/a ARES ARMOR,<br><br>                    Petitioner,<br><br>       v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>                    Respondent, | |

I, Gordon T. Geerdes, declare under the penalty of perjury:

1. That I am employed as a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), United States Department of Justice, and have been so employed since February 2001.

2. On June 11, 2014, I was advised that Dimitrios Karras (the CEO of Ares Armor) had filed a declaration complaining that ATF had used Ares Armor property to pack up documents and other items seized during the execution of the search warrants on March 15, 2014. Specifically, some plastic storage bins and

other items were taken and not listed on the post-search inventory provided to Ares Armor.

3. Upon review of the situation, I discovered that ATF had inadvertently utilized three plastic storage bins that belonged to Ares Armor during the search at one of the search warrant locations.

4. In response, on June 12, 2014, I contacted Assistant U.S. Attorney Andrew Haden and requested his assistance in returning the three plastic storage bins. Specifically I asked Mr. Haden to speak with Mr. Karras' attorney so that ATF could return the items to Mr. Karras at his earliest convenience. On the same day, Mr. Haden advised me that he had spoken to Mr. Karras' attorney and that I was free to contact Mr. Karras directly to arrange the return of the items.

5. Continuing on this date, June 12, 2014, I contacted Mr. Karras telephonically and arranged to return the aforementioned items and other seized property items that no longer had any evidentiary value. Later the same afternoon, I met Mr. Karras at the ATF Field Office in Carlsbad, California and returned the three plastic storage bins and miscellaneous documents retained during the search warrants, as well as thirteen (13) 1911 style incomplete Rudius pistol frames.

6. I have also returned property to Ares Armor on previous occasions. On April 23, 2014, I delivered property to Ares Armor's former attorney's (Joe Silvoso) office in Long Beach, California. These property items can be described as: all of the computer related items seized during the search warrants as well as all of the AR-15 jig assemblies and nineteen (19) 1911 style incomplete Rudius pistol frames.

DATED: July 10, 2014

GORDON T. GEERDES
Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives