Scott A. McMillan, SBN 212506
Michelle D. Volk, SBN 217151
Sean E. Smith, SBN 288973
The McMillan Law Firm, APC
4670 Nebo Dr., Suite 200
La Mesa, CA 91941-5230
Tel. 619-464-1500 x 14
Fax. 206-600-5095

Attorneys for Petitioner,
Lycurgan, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE THE SEARCH OF:<br>Ares Armor, 206/208 N. Freeman St., Oceanside; Ares Armor, 416 National City Blvd.; Ares Armor Warehouse, 180 Roymar St. D; and 2420 Industry, Oceanside, CA. | CASE NO. 14-CV-1424 JLS (BGS)<br><br>Date: July 31, 2014<br>Time: 1:30 p.m. |
|---|---|
| LYCURGAN, INC. d/b/a ARES ARMOR,<br>Petitioner,<br>vs.<br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br>Respondent. | DECLARATION OF SCOTT A. MCMILLAN IN SUPPORT OF REPLY TO UNITED STATES' RESPONSE IN OPPOSITION TO PETIONER'S MOTION TO "UNSEAL SEARCH WARRANT DOCUMENTS": |

DECLARATION OF SCOTT A. MCMILLAN

I, Scott A. McMillan, declare under the penalty of perjury:

1. I am the attorney of Lycurgan, Inc., a California corporation d/b/a Ares Armor ("Lycurgan") and if called before this court or any other court I could and would testify competently to the following from my own personal knowledge, except as to those matters I state on information and belief, and as to those matters I believe them to be true.

2. With respect to the life-sized cut-out of the ATF agent referred to in the Government's Opposition at page 9, footnote 5, I am familiar with the circumstances of the taking of that photograph because I was also depicted in the

Original. The photograph that was the source of the life-sized cut-out was taken out on a public sidewalk at 206/208 N. Freeman St., Oceanside on March 15, 2014. From the circumstances preceding the taking of the photo, the agent knew in advance that the photo was going to be taken. From my vantage point, he had an ability to step out of the frame of the picture.

    3. At least while I was present on March 15, 2014, at the sidewalk in front of 206/208 N. Freeman St., Oceanside, nobody threatened the agent depicted in the life-sized cut-out. From what I observed, the only person that really had any sort of overtly disagreeable attitude or behavior was that particular agent.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 14, 2014, at the City of La Mesa, County of San Diego, State of California.

Scott A. McMillan