Scott A. McMillan, SBN 212506
Michelle D. Volk, SBN 217151
Sean E. Smith, SBN 288973
The McMillan Law Firm, APC
4670 Nebo Dr., Suite 200
La Mesa, CA 91941-5230
Tel. 619-464-1500 x 14
Fax. 206-600-5095

Attorneys for Petitioner,
Lycurgan, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE SEARCH OF:<br>Ares Armor, 206/208 N. Freeman St., Oceanside; Ares Armor, 416 National City Blvd.; Ares Armor Warehouse, 180 Roymar St. D; and 2420 Industry, Oceanside, CA.<br><br>LYCURGAN, INC. d/b/a ARES ARMOR,<br>            Petitioner,<br>vs.<br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br>            Respondent. | CASE NO. 14-CV-1424 JLS (BGS)<br><br>Date: July 31, 2014<br>Time: 1:30 p.m.<br><br>DECLARATION OF TYLER HUGHES IN SUPPORT OF REPLY TO UNITED STATES' RESPONSE IN OPPOSITION TO PETIONER'S MOTION TO "UNSEAL SEARCH WARRANT DOCUMENTS": |

DECLARATION OF TYLER HUGHES

I, Tyler Hughes, declare under the penalty of perjury:

1. I state the following facts of my own personal knowledge, except as to those matters, which I state on information and belief and as to those matters I believe them to be true. If called before this court, or any other, I could and would testify competently to the following:

2. On March 15, 2014, I was at the 2420 Industry Street, Oceanside location of Lycurgan Inc.. I am a sub-tenant there. The door to my office at the Industry Street location was clearly marked as mine. The door was beaten down and my personal effects were tossed about and searched. My vehicle was parked

on the property. My vehicle was searched by the ATF agents on March 15, 2014. They took my firearms from me, and then called the Oceanside Police Department. The ATF turned me over to the Oceanside Police Department. I was charged with a number of crimes, including three felonies. I ultimately pled guilty to a single misdemeanor. I am on eighteen months "summary probation." I was not required to waive either of my Second Amendment or my Fourth Amendment rights as part of the plea. Prior to my arrest on March 15, 2014, I had never been arrested. I had suffered no convictions. I am a former United States Marine. I was deployed two times to Iraq. I was deployed three times to Afghanistan. I served my country honorably for ten years.

      3. I did not have the affidavit for my original detention and search by the ATF agents. I request that the affidavit be released so that I may determine if I have any post conviction remedies in light of the circumstances. I would like to clear my name and my previously unblemished record of law abiding behavior, if at all possible.

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 14, 2014, at the City of Oceanside, County of San Diego, State of California.

*/s/ Tyler Hughes*

---

14-CV-1424 JLS (BGS)    REPLY DECLARATION OF TYLER HUGHES    2