

# United States District Court
**SOUTHERN DISTRICT OF CALIFORNIA**

Lycurgan, Inc.

                                   **Plaintiff,**

           V.

Ares Armor et al

                                  **Defendant.**

**FILED** 8/13/2014
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: J. Ortiz, Deputy

**Civil No.** 14cv1424-JLS(BGS)

**STRICKEN DOCUMENT:**

Response

**Per Order #**     **13**