LAURA E DUFFY
United States Attorney
ANDREW R. HADEN
Assistant U.S. Attorney
California Bar No.: 258436
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE SEARCH OF: | Case No.: 14-CV-1424-JLS |
| Ares Armor, 206/208 N. Freeman St., Oceanside; Ares Armor, 416 National City Blvd.; Ares Armor Warehouse, 180 Roymar St. D; and 2420 Industry, Oceanside, CA. | **UNITED STATES' SUPPLEMENTAL BRIEFING** |
| LYCURGAN, INC. d/b/a ARES ARMOR, Petitioner, v. BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, Respondent, | |

On July 31, 2014, this Court ordered the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") to submit further briefing to substantiate the continued sealing of the relevant search warrant affidavit. Doc. No. 11.

Instead, given the totality of the circumstances, ATF has elected to unseal a redacted copy of the search warrant affidavit. (attached as Exhibit 1). The only items redacted are the names of

the ATF agents.  It is believed that providing this copy of the search warrant affidavit should moot the pending motion.

     DATED: August 14, 2014          Respectfully submitted,

                                      LAURA E. DUFFY
                                      United States Attorney

                                      /s/*Andrew Haden*
                                      Andrew R. Haden
                                      Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE THE SEARCH OF:<br><br>Ares Armor, 206/208 N. Freeman St., Oceanside; Ares Armor, 416 National City Blvd.; Ares Armor Warehouse, 180 Roymar St. D; and 2420 Industry, Oceanside, CA. | Case No.: 14-CV-1424-JLS<br><br>**CERTIFICATE OF SERVICE** |

LYCURGAN, INC. d/b/a ARES ARMOR,

Petitioner,

      v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,

Respondent,

IT IS HEREBY CERTIFIED THAT:

I, ANDREW HADEN, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of United States' UNITED STATES' SUPPLEMENTAL BRIEFING together with memorandum of points and authorities on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Scott McMillan, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 14, 2014.

                                s/Andrew Haden
                                ANDREW R. HADEN