# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE SEARCH OF:<br><br>Ares Armor, 206/208 N. Freeman St., Oceanside; Ares Armor, 416 National City Blvd.; Ares Armor Warehouse, 180 Roymar St. D; and 2420 Industry, Oceanside, CA.<br>_____<br><br>LYCURGAN, INC. d/b/a ARES ARMOR,<br><br>                Petitioner,<br>vs.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>                Respondent. | CASE NO. 14-CV-1424 JLS (BGS)<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO UNSEAL SEARCH WARRANT DOCUMENTS**<br><br>(ECF No. 1) |

Presently before the Court is Petitioner Lycurgan, Inc. d/b/a Ares Armor's ("Petitioner") Motion to Unseal Search Warrant Documents. (ECF No. 1.) The parties fully briefed the matter, and the Court held a hearing on July 31, 2014. At the hearing, the Court ordered Respondent Bureau of Alcohol, Tobacco, Firearms and Explosives ("the ATF") to file, no later than August 29, 2014, a supplemental brief explaining why it was necessary to keep the search warrant affidavit sealed. (*See* Minute Order, ECF No. 11.)

On August 14, 2014, Respondent filed its supplemental brief. (*See* ECF No. 14.) Respondent agreed to unseal a redacted copy of the search warrant affidavit, removing only the names of the ATF agents. (*See id.* at 1–2.) The redacted copy has been posted to the docket. (*See* ECF No. 14-1.)

The Court finds the redactions appropriate to protect the safety and privacy of the ATF agents, and the redactions do not appear to compromise the informational value of the affidavit to Petitioner. Accordingly, the Court **DENIES AS MOOT** Petitioner's Motion to Unseal Search Warrant Documents.

**IT IS SO ORDERED**.

DATED: August 21, 2014

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge