

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lycurgan, Inc.<br><br>Plaintiff,<br>V.<br><br>Ares Armor et al<br><br>Defendant. | Civil Action No. 14-cv-01424-JLS-BGS<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court Denies as Moot Petitioner's Motion to Unseal Search Warrant Documents.

Date: 8/21/14

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ S. Tweedle

S. Tweedle, Deputy