Scott A. McMillan, SBN 212506
Michelle D. Volk, SBN 217151
Sean E. Smith, SBN 288973
**The McMillan Law Firm, APC**
4670 Nebo Drive, Suite 200
La Mesa, California 91941-5230
(619) 464-1500 x 14
Fax: (206) 600-5095

Attorneys for Petitioner,
Lycurgan, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE SEARCH OF:<br>Ares Armor, 206/208 N. Freeman St., Oceanside; Ares Armor, 416 National City Blvd.; Ares Armor Warehouse, 180 Roymar St. D; and 2420 Industry, Oceanside, CA.<br><br>LYCURGAN, INC. d/b/a ARES ARMOR,<br>　　　　　Petitioner,<br>　vs.<br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br>　　　　　Respondent. | CASE NO. 14-CV-1424 JLS (BGS)<br><br>**DECLARATION OF SCOTT A. MCMILLAN IN SUPPORT OF PETITIONER'S BILL OF COSTS**<br><br>Judge: Hon. Janis L. Sammartino<br>Courtroom: 4A<br>Hearing Date: October 9, 2014<br>Hearing Time: 1:30 P.M. |

I, Scott A. McMillan, declare:

1.     I am an attorney for Lycurgan, Inc., d/b/a Ares Armor. Except as to those matters I state on information and belief, and as to those matters I believe them to be true, if called before this Court, I could and would testify competently from my own personal knowledge as to the facts stated herein.

2.     Petitioner requests costs in the amount of $400.00 that were necessarily incurred in filing Lycurgan's motion to unseal search warrant in Case No.14cv1424 DMS JLB (in which Petitioner prevailed). My office paid this amount on behalf of Petitioner on June 11, 2014. A true and correct copy of the filing fee is attached hereto as **Exhibit "A."** In conjunction with this filing fee, my office paid $5.25 for postage and $1.25 for parking to deliver the motion to unseal search warrant and supporting documents to the Court. These postage and parking fees are correct in amount and were necessarily incurred in the case.

3.     The total amount of costs owed to Petitioner and its counsel by Respondent United States Government is $406.50. These costs are reasonable and correct in amount and were necessarily incurred in this case.

I declare under the penalty of perjury according to the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on September 4, 2014, I the County of San Diego, State of California.

/s/ Scott A McMillan
_____
Scott A. McMillan