# EXHIBIT A

*Karras*
*Lycurgan Unseal*
*Motion*

DUPLICATE

Court Name: USDC California Southern
Division: 3
Receipt Number: CAS063513
Cashier ID: mbain
Transaction Date: 06/11/2014
Payer Name: SCOTT MCMILLAN

CIVIL FILING FEE
 For: SCOTT MCMILLAN
 Case/Party: D-CAS-3-14-CV-001424-001
 Amount:     $400.00

CREDIT CARD
 Amt Tendered: $400.00

Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

There will be a fee of $53.00
charged for any returned check.

COURTS/USDC-CA-S
880 FRONT STREET STE 42
SAN DIEGO, CA 92101
                                13400002
TERMINAL I.D.:        000000000994996
MERCHANT #:

UI
SALE                  INVOICE: 000006
BATCH: 000302         TIME: 13:38
DATE: JUN 11, 14      AUTH NO: 04136C
RRN: 000037899339

**************1362
                              $400.00
          TOTAL

          SCOTT MCMILLAN

                          CUSTOMER COPY