Scott A. McMillan, SBN 212506
Michelle D. Volk, SBN 217151
Sean E. Smith, SBN 288973
**The McMillan Law Firm, APC**
4670 Nebo Drive, Suite 200
La Mesa, California 91941-5230
(619) 464-1500 x 14
Fax: (206) 600-5095

Attorneys for Petitioner,
Lycurgan, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE SEARCH OF:<br>Ares Armor, 206/208 N. Freeman St., Oceanside; Ares Armor, 416 National City Blvd.; Ares Armor Warehouse, 180 Roymar St. D; and 2420 Industry, Oceanside, CA. | CASE NO. 14-CV-1424 JLS (BGS)<br><br>**[AMENDED] PETITIONER LYCURGAN, INC.'S NOTICE OF HEARING ON MOTION AND MOTION FOR ATTORNEYS' FEES PURSUANT TO F.R.C.P. RULE 54(e), and 28 U.S.C § 2412**<br><br>Judge: Hon. Janis L. Sammartino<br>Courtroom: 4A<br>**Hearing Date: October 30, 2014**<br>**Hearing Time: 1:30 P.M.** |
| LYCURGAN, INC. d/b/a ARES ARMOR,<br>                Petitioner,<br>vs.<br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br>                Respondent. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on October 30, 2014, at 1:30 P.M., in Courtroom 4A of the above-entitled court located at 221 West Broadway, San Diego, California 92101, Petitioner Lycurgan, Inc. ("Lycurgan") will and hereby does move the

Court to grant its request for statutory attorney's fees and costs against Respondent United States ("Government"), and for an order directing B. Todd Jones, as the Director of the Bureau of Alcohol, Tobacco and Firearms Enforcement to pay Lycurgan, Inc. its attorneys fees. Lycurgan brings this motion pursuant to Federal Rule of Civil Procedure 54(e), and according to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, as the prevailing party in this action.

On June 11, 2014, Lycurgan commenced a civil action against the United States seeking an order in the above-captioned case to unseal search warrant affidavit for those warrants served upon Lycurgan's premises on March 15, 2014. The Government opposed the motion, thereby requiring Lycurgan to fully brief the matter and present oral argument at the hearing held on July 31, 2014.

At the conclusion of oral arguments by Lycurgan and the Government, the Court ordered the Government to submit supplemental briefing to justify maintaining the sealing of the search warrant affidavit. Instead, the Government disclosed a redacted version of the search warrant affidavit on August 14, 2014.

On August 21, 2014, the Court dismissed the case finding that Lycurgan's action to unseal search warrant was moot in light of the Government's disclosure of the redacted search warrant affidavit. Accordingly, Petitioner is the prevailing party, and is statutorily entitled to attorney's fees and costs.

///
///
///

Petitioner requests a total award of not more than $30,000.00 in reasonable attorneys fees incurred in this case, calculated at the rate of $189.78 per hour[1], subject to a supporting memorandum of points and authorities and accompanying affidavit to be filed within the statutory time period according to 28 U.S.C. section 2412(d)(1)(B).

Respectfully submitted,

DATED: September 4, 2014  The McMillan Law Firm, A.P.C.

/s/ Scott A. McMillan

Scott A. McMillan
Attorney for Petitioner,
Lycurgan, Inc.

---

[1] The figure is calculated by taking the "HALF1" CPI rate for 2014 and subtracting from it the March 1996 rate (236.384 - 155.7 = 80.684) and then dividing that number by the March 1996 rate (80.684 / 155.7 = 0.5182). These calculations result in the cost-of-living percentage increase from March 1996 through June 2014. The cost-of-living percentage increase is then applied to the statutory rate of $125.00 to derive the adjusted hourly rate permitted by the EAJA (($0.5182 \times 125$) [*4] + 125 = 189.78). See Department of Labor, Bureau of Labor Statistics, available at http://data.bls.gov/cgi-bin/surveymost?bls (check box next to "CPI for All Urban Consumers (CPI-U) 1982-84=100" and click on "Retrieve data" button) (last visited Aug. 13, 2014). See, *Beard v. Comm'r of Soc. Sec.*, 2014 U.S. Dist. LEXIS 120380, 3-4 (M.D. Fla. Aug. 13, 2014)

# CERTIFICATE OF SERVICE

I, Scott A. McMillan, declare the following:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 4670 Nebo Drive, Suite 200, La Mesa, California 91941. On September 4, 2014 I served the following documents:

[AMENDED] PETITIONER LYCURGAN, INC.'S NOTICE OF HEARING ON MOTION AND MOTION FOR ATTORNEYS' FEES PURSUANT TO F.R.C.P. RULE 54(e), and 28 U.S.C § 2412

[X]  I have caused service of the above documents by electronically filing them with the Clerk of the District Court using its ECF System, which electronically notifies:

Laura E. Duffy
United States Attorney
Andrew R. Haden
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101

Andrew Richard Haden    andrew.haden@usdoj.gov, Efile.dkt.gc1@usdoj.gov, esmeralda.diaz@usdoj.gov

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 4, 2014, at the City of La Mesa, County of San Diego, California.

/Scott A. McMillan/
Scott A. McMillan