# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE SEARCH OF:<br><br>Ares Armor, 206/208 N. Freeman St., Oceanside; Ares Armor, 416 National City Blvd.; Ares Armor Warehouse, 180 Roymar St. D; and 2420 Industry, Oceanside, CA.<br>_____<br>LYCURGAN, INC. d/b/a ARES ARMOR,<br><br>                              Petitioner,<br>vs.<br><br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br>                              Respondent. | CASE NO. 14-CV-1424 JLS (BGS)<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>(ECF No. 21) |

      Presently before the Court is Petitioner Lycurgan, Inc. d/b/a Ares Armor's ("Petitioner") Amended Motion for Attorneys' Fees. (ECF No. 21.) A hearing is presently scheduled for 1:30 p.m. on Thursday, October 30, 2014. Respondent Bureau of Alcohol, Tobacco, Firearms and Explosives **SHALL FILE** a response in opposition on or before October 2, 2014. Petitioner **MAY FILE** a reply in support on or before

October 9, 2014.

**IT IS SO ORDERED**.

DATED: September 9, 2014

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge