Scott A. McMillan, SBN 212506
Michelle D. Volk, SBN 217151
Sean E. Smith, SBN 288973
**The McMillan Law Firm, APC**
4670 Nebo Dr., Suite 200
La Mesa, CA 91941-5230
Tel. 619-464-1500 x 14
Fax. 206-600-5095

Attorneys for Petitioner,
Lycurgan, Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In the Matter of the Search of:<br><br>Ares Armor, 206/208 N Freeman St, Oceanside; Ares Armor, 416 National City Blvd; Ares Armor Warehouse, 180 Roymar St D; and 2420 Industry, Oceanside, CA<br><br>LYCURGAN, INC. d/b/a ARES ARMOR,<br>Petitioner,<br>vs.<br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br>Respondent. | CASE NO. 14-CV-1424 JLS (BGS)<br><br>**DECLARATION OF SCOTT A. McMILLAN IN SUPPORT OF MOTION FOR A NEW TRIAL OR FURTHER ACTION FROM THE COURT ON THE JUDGMENT**<br><br>Judge: Hon. Janis L. Sammartino<br>Dept.: 4A<br>October 30, 2014<br>Time: 1:30 P.M. |

**DECLARATION OF SCOTT A. MCMILLAN**

I, Scott A. McMillan, declare as follows:

1. I am counsel for Petitioner Lycurgan, Inc. ("Lycurgan") in the above captioned case, and if called before this court or any other court I could and would testify competently to the following from my own personal knowledge, except as to those matters I state on information and belief, and as to those matters I believe them to be true.

2. This declaration is made in support of Lycurgan's motion for a new trial pursuant to Federal Rule of Civil Procedure 59(a).

3. On March 14, 2014, the Respondent United States ("Government") obtained a search warrant under seal to search Lycurgan's four leased real estate properties located at: (1) 206/208 N. Freeman St., Oceanside, CA 92054; (2) 416 National City Blvd., Unit B, National City, CA; (3) 180 Roymar St., Suite D, Oceanside, CA 92058; and (4) 2420 Industry, Suite A, Oceanside, CA.

4. On March 15, 2014, the Government executed the search warrant, and numerous agents from the Bureau of Alcohol, Tobacco, Firearms and Explosives ("BATFE") swarmed Lycurgan's business properties. During its search, the BATFE seized and carried away a large number of polymer castings, among a multitude of other lawfully owned items that are necessary for the functioning of the business.

5. On June 11, 2014, Lycurgan filed a motion to unseal the search warrant affidavit. The Government opposed. Both parties fully briefed the matter, and presented oral arguments at the hearing on July 31, 2014 in this Court. At the conclusion of the hearing, the Court ordered the Government to submit supplemental briefing to justify maintaining the sealing of the search warrant affidavit. Instead, the Government disclosed a redacted version of the affidavit on August 14, 2104, and called the issue moot. On August 21, 2014, the Court agreed with the Government and dismissed the case. Lycurgan was not given an opportunity to respond to the Government's argument that the case is moot. Lycurgan was preparing a response to the disclosure of the redacted affidavit at the time the Court issued its judgment. Lycurgan was unable to complete its response to the Government's disclosure prior to the Court ordering the case dismissed.

6. Dimitrios Karras, CEO of Lycurgan, has a civil, professional relationship with Special Agent Gordon Geerdes who was involved in the execution of the search and seizure. At the July 31, 2014 hearing, the Government admitted that "Special Agent

Geerdes has spoken highly of [Mr. Karras]." The Government raised some concern about a life-size cut-out of an agent and about the delivery of pizzas to some agents. Plaintiff addressed these concerns in the briefing and orally at the hearing, reassuring that neither act was done as a threat or with any ill-intentions. Mr. Karras even vowed to remove the life-size cut-out upon request from Special Agent Geerdes.

I declare under the penalty of perjury according to the laws of the United States, that the foregoing is true and correct and that this declaration was signed on September 16, 2014, in the County of San Diego, California.

/s/ Scott A. McMillan

Scott A. McMillan