```
Scott A. McMillan, SBN 212506
Michelle D. Volk, SBN 217151
Sean E. Smith, SBN 288973
```
**The McMillan Law Firm, APC**
```
4670 Nebo Dr., Suite 200
La Mesa, CA 91941-5230
Tel. 619-464-1500 x 14
Fax. 206-600-5095
```

Attorneys for Petitioner,
Lycurgan, Inc.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>Ares Armor, 206/208 N Freeman St, Oceanside; Ares Armor, 416 National City Blvd; Ares Armor Warehouse, 180 Roymar St D; and 2420 Industry, Oceanside, CA<br><br>LYCURGAN, INC. d/b/a ARES ARMOR,<br>                Petitioner,<br>vs.<br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br>                Respondent. | CASE NO. 14-CV-1424 JLS (BGS)<br><br>**PROOF OF SERVICE**<br><br>Judge: Hon. Janis L. Sammartino<br>Dept.: 4A<br>October 30, 2014<br>Time: 1:30 P.M. |

### PROOF OF SERVICE

I, Sean E. Smith, declare the following:

    I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 4670 Nebo Drive, Suite 200, La Mesa, California 91941. On September 16, 2014 I served the following documents:

1.   **PETITIONER LYCURGAN, INC.'S NOTICE OF MOTION AND MOTION FOR A NEW TRIAL OR FURTHER ACTION FROM THE COURT ON THE JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 59(a)**

2. **DECLARATION OF SCOTT A. McMILLAN IN SUPPORT OF MOTION FOR A NEW TRIAL OR FURTHER ACTION FROM THE COURT ON THE JUDGMENT**

3. **PETITIONER LYCURGAN, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR A NEW TRIAL OR FURTHER ACTION FROM THE COURT ON THE JUDGMENT**

[ ]  I caused such envelope to be delivered via overnight delivery addressed as indicated on the attached service list. Such envelope was deposited for delivery with the United States Postal Service by EXPRESS MAIL following the firm's ordinary business practices.

[X]  I have caused service of the above documents by electronically filing them with the Clerk of the District Court using its ECF System, which electronically notifies:

Laura E. Duffy
United States Attorney
Andrew R. Haden
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 16, 2014, at the City of La Mesa, County of San Diego, California.

/Sean E. Smith/
Sean E. Smith