# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE SEARCH OF:<br><br>Ares Armor, 206/208 N. Freeman St., Oceanside; Ares Armor, 416 National City Blvd.; Ares Armor Warehouse, 180 Roymar St. D; and 2420 Industry, Oceanside, CA.<br><br>―――――――――――――――――<br><br>LYCURGAN, INC. d/b/a ARES ARMOR,<br><br>                            Petitioner,<br>vs.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>                            Respondent. | CASE NO. 14-CV-1424 JLS (BGS)<br><br>**AMENDED SCHEDULING ORDER**<br><br>(ECF No. 21) |

Presently before the Court is Petitioner Lycurgan, Inc. d/b/a Ares Armor's ("Petitioner") Amended Motion for Attorneys' Fees. (ECF No. 21.) At Petitioner's request, the Court hereby issues the following Amended Scheduling Order:

- Respondent Bureau of Alcohol, Tobacco, Firearms and Explosives **SHALL FILE** a response in opposition <u>on or before October 9, 2014</u>.

- Petitioner **MAY FILE** a reply in support <u>on or before October 16, 2014</u>.

    **IT IS SO ORDERED**.

DATED: September 19, 2014

                                                 *Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge