Scott A. McMillan, SBN 212506
Michelle D. Volk, SBN 217151
Sean E. Smith, SBN 288973
**The McMillan Law Firm, APC**
4670 Nebo Dr., Suite 200
La Mesa, CA 91941-5230
Tel. 619-464-1500 x 14
Fax. 206-600-5095
Email: scott@mcmillanlaw.us

Attorneys for Petitioner,
Lycurgan, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>Ares Armor, 206/208 N Freeman St, Oceanside; Ares Armor, 416 National City Blvd; Ares Armor Warehouse, 180 Roymar St D; and 2420 Industry, Oceanside, CA | Case No.: 14-CV-1424 JLS (BGS)<br><br>ATF Case Number: 784090-13-0011-01<br>Asset ID:   14-ATF-009592<br><br>Hon. Janis Lynn Sammartino<br><br>**NOTICE OF PARTIES WITH FINANCIAL INTEREST** |

TO THE COURT AND ALL INTERESTED PARTIES:

///

///

In accordance with Federal Rule of Civil Procedure 7.1 and S.D. Cal. Civil Local Rule 40.2, Plaintif Lycurgan, Inc., a California corporation, states that it has no parent corporation and that there is no publicly held corporation that owns 10% or more of the stock of Lycurgan, Inc.

Respectfully submitted,

The McMillan Law Firm, APC

/s/ Michelle D. Volk

Dated: September 19, 2014

Michelle D. Volk
Attorneys for Plaintiff
Lycurgan, Inc. d/b/a Ares Armor
Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 19, 2014, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

/s/ Michelle D. Volk