Scott A. McMillan, SBN 212506
Michelle D. Volk, SBN 217151
Sean E. Smith, SBN 288973
**The McMillan Law Firm, APC**
4670 Nebo Drive, Suite 200
La Mesa, California 91941-5230
(619) 464-1500 x 14
Fax: (206) 600-5095

Attorneys for Petitioner,
Lycurgan, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE SEARCH OF:<br>Ares Armor, 206/208 N. Freeman St., Oceanside; Ares Armor, 416 National City Blvd.; Ares Armor Warehouse, 180 Roymar St. D; and 2420 Industry, Oceanside, CA.<br><br>LYCURGAN, INC. d/b/a ARES ARMOR,<br>    Petitioner,<br>vs.<br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br>    Respondent. | CASE NO. 14-CV-1424 JLS (BGS)<br><br>**PETITIONER LYCURGAN, INC.'S NOTICE OF APPEAL**<br><br>Judge: Hon. Janis L. Sammartino<br>Courtroom: 4A |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Notice is hereby given that Lycurgan, Inc, Petitioner, in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Clerk's Judgment and the order denying the Petitioner motion to unseal the motion as moot entered in this action on August 21, 2014. [ECF-21.]

                Respectfully submitted,

DATED: September 19, 2014   **THE MCMILLAN LAW FIRM, A.P.C.**

                /S/ Scott A. McMillan

                _____

                Scott A. McMillan
                Attorney for Petitioner,
                Lycurgan, Inc.

# CERTIFICATE OF SERVICE

I, Scott A. McMillan, declare the following:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 4670 Nebo Drive, Suite 200, La Mesa, California 91941. On September 19, 2014 I served the following documents:

1. **PETITIONER LYCURGAN, INC.'S NOTICE OF APPEAL**

[X] I have caused service of the above documents by electronically filing them with the Clerk of the District Court using its ECF System, which electronically notifies:

Laura E. Duffy
United States Attorney
Andrew R. Haden
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 19, 2014, at the City of La Mesa, County of San Diego, California.

/Scott A. McMillan/
Scott A. McMillan