UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 22 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: THE SEARCH OF: ARES AMOR, 206/208 N. FREEMAN ST., OCEANSIDE; ARES AMOR, 416 NATIONAL CITY BLVD.; ARES AMOR WAREHOUSE, 180 ROYMAR ST. D; AND 2420 INDUSTRY, OCEANSIDE, CA, | No. 14-56550<br><br>D.C. No. 3:14-cv-01424-JLS-BGS<br>U.S. District Court for Southern California, San Diego<br><br>**TIME SCHEDULE ORDER** |
| LYCURGAN, INC., DBA Ares Armor,<br><br>           Petitioner - Appellant,<br><br> v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>           Respondent - Appellee. | |

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

**Mon., September 29, 2014**   Mediation Questionnaire due. If your registration for Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration.

| | |
|---|---|
| **Mon., October 20, 2014** | Transcript shall be ordered. |
| **Tue., November 18, 2014** | Transcript shall be filed by court reporter. |
| **Mon., December 29, 2014** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Thu., January 29, 2015** | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellant's reply brief shall be filed and served within fourteen days of service of the appellee's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Ruben Talavera
Deputy Clerk