1  Scott A. McMillan, SBN 212506
   Michelle D. Volk, SBN 217151
2  Sean E. Smith, SBN 288973
   **The McMillan Law Firm, APC**
3  4670 Nebo Drive, Suite 200
   La Mesa, California 91941-5230
4  (619) 464-1500 x 14
   Fax: (206) 600-5095
5

6  Attorneys for Petitioner,
   Lycurgan, Inc.
7

8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10

| IN RE THE SEARCH OF:<br>Ares Armor, 206/208 N. Freeman St., Oceanside; Ares Armor, 416 National City Blvd.; Ares Armor Warehouse, 180 Roymar St. D; and 2420 Industry, Oceanside, CA. | CASE NO. 14-CV-1424 JLS (BGS)<br><br>**PETITIONER LYCURGAN, INC.'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES PURSUANT TO F.R.C.P. RULE 54(d), AND 28 U.S.C § 2412**<br><br>Judge: Hon. Janis L. Sammartino<br>Courtroom: 4A<br>Hearing Date: October 30, 2014<br>Hearing Time: 1:30 P.M. |
|---|---|
| LYCURGAN, INC. d/b/a ARES ARMOR,<br>                Petitioner,<br>vs.<br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br>                Respondent. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on October 30, 2014, at 1:30 P.M., in Courtroom 4A of the above-entitled court located at 221 West Broadway, San Diego, California 92101, Petitioner Lycurgan, Inc. ("Lycurgan") will and hereby does move the Court to grant its request for statutory attorney's fees and costs against Respondent

United States ("Government"), and for an order directing B. Todd Jones, as the Director of the Bureau of Alcohol, Tobacco and Firearms Enforcement to pay Lycurgan, Inc. its attorneys fees. Lycurgan brings this motion pursuant to Federal Rule of Civil Procedure 54(d), and according to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, as the prevailing party in this action.

On June 11, 2014, Lycurgan commenced a civil action against the United States seeking an order in the above-captioned case to unseal search warrant affidavit for those warrants served upon Lycurgan's premises on March 15, 2014. The Government opposed the motion, thereby requiring Lycurgan to fully brief the matter and present oral argument at the hearing held on July 31, 2014.

At the conclusion of oral arguments by Lycurgan and the Government, the Court ordered the Government to submit supplemental briefing to justify maintaining the sealing of the search warrant affidavit. Instead, the Government disclosed a redacted version of the search warrant affidavit on August 14, 2014.

On August 21, 2014, the Court dismissed the case finding that Lycurgan's action to unseal search warrant was moot in light of the Government's disclosure of the redacted search warrant affidavit. Accordingly, Petitioner is the prevailing party, and is statutorily entitled to attorney's fees and costs.

Petitioner requests a total award of $27,552.48 in reasonable attorneys fees incurred in this case, calculated at the rate of $189.78 per hour for attorney's time and $85.00 per hour for paralegal's time.[1]

---

[1] The figure is calculated by taking the "HALF1" CPI rate for 2014 and subtracting from it the March 1996 rate (236.384 - 155.7 = 80.684) and then dividing that number by the March 1996 rate (80.684 / 155.7 = 0.5182). These calculations result in the cost-of-living percentage increase from March 1996 through June 2014. The cost-of-living percentage increase is then applied to the statutory rate of $125.00 to derive the adjusted hourly rate permitted by the EAJA ((0.5182 × 125) [*4] + 125 = 189.78). See Department of Labor, Bureau of Labor Statistics, available at

This motion is based on this notice, the accompanying memorandum of points and authorities, the declaration of Scott A. McMillan, the declaration of Dimitri Karras, all pleadings, papers, and records filed in this case, and any additional evidence that may be submitted at the hearing on this motion.

Respectfully submitted,

DATED: September 22, 2014      The McMillan Law Firm, A.P.C.

    /s/ Scott A. McMillan

Scott A. McMillan
Attorney for Petitioner,
Lycurgan, Inc.

---

http://data.bls.gov/cgi-bin/surveymost?bls (check box next to "CPI for All Urban Consumers (CPI-U) 1982-84=100" and click on "Retrieve data" button) (last visited Aug. 13, 2014). See, *Beard v. Comm'r of Soc. Sec.*, 2014 U.S. Dist. LEXIS 120380, 3-4 (M.D. Fla. Aug. 13, 2014)