# EXHIBIT 'B'



# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Lycurgan, Inc.

                                **Plaintiff,**

                         V.

Ares Armor et al

                                **Defendant.**

Civil Action No. 14-cv-01424-JLS-BGS

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court Denies as Moot Petitioner's Motion to Unseal Search Warrant Documents.

Date: 8/21/14

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By: s/ S. Tweedle

                                                                                 S. Tweedle, Deputy