# EXHIBIT 'D'

Clerk of the Superior Court

JAN 03 2012

BY: J. BAKO

SUPERIOR COURT OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN DIEGO

NORTH COUNTY REGIONAL CENTER

| | |
|---|---|
| TRI-CITY HEALTHCARE DISTRICT, A Governmental Entity, RICHARD A. CROOKS, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>KATHLEEN STERLING, an individual and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. 37-2011-00052050-CU-PO-NC<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR ATTORNEY'S FEES FOR PREVAILING ON AN ANTI-SLAPP MOTION TO STRIKE<br><br>Judge: Hon. Earl H. Maas, III<br>Dept.: 28<br>Complaint Filed: March 3, 2011<br>Trial Date: Not Set<br><br>Hearing Date: December 16, 2011<br>Hearing Time: 1:30 P.M. |

On December 16, 2011, at 1:30 p.m., in Department 28 of the above-entitled court, the Court, the Honorable Earl H. Maas, III presiding, heard Defendant Kathleen Sterling's ("Director Sterling") Motion for Attorney's Fees and Costs arising from her successful Anti-SLAPP Motion to Strike under Code of Civil Procedure section 425.16(c)(1). Evan Kalooky, Esq., of The McMillan Law Firm, APC, appeared on behalf of Director Sterling. Jeremy B. Rosen, Esq., of Horvitz & Levy LLP, appeared on behalf of Plaintiffs Tri-City Healthcare District and Richard A. Crooks.

1

1       Having read the motion and opposition, and having heard the arguments of
2 counsel, the Court grants Director Sterling's Motion for Attorney's Fees and Costs, in the
3 total amount of $29,026.00. In the Court's view, a reasonable amount of fees is reflected
4 in an award for 50.6 hours for the Anti-SLAPP Motion to Strike, and 25 hours for the fee
5 motion. Specifically, the Court's award compensates Director Sterling's attorneys at the
6 following reasonable rates for time spent on the Anti-SLAPP Motion: Scott A. McMillan
7 - $450.00 per hour for 19.3 hours; Evan A. Kalooky - $350.00 per hour for 29.6 hours;
8 and Kerry Eskenas - $225.00 per hour for 1.7 hours (totaling $19,427.50). The Court's
9 award also compensates Director Sterling's attorneys for 25 hours spent on the fee motion
10 itself, at the reasonable blended rate of $383.94 per hour, totaling $9,598.50.
11       The Court declines to award the multiplier requested by Director Sterling, and has
12 explained its legal and factual findings within its confirmed tentative decision dated
13 December 16, 2011, which decision is incorporated by reference as if stated fully herein.
14       For these reasons, Defendant Kathleen Sterling is hereby awarded $29,026.00 in
15 attorney fees against Plaintiff Tri-City Healthcare District.
16       IT IS SO ORDERED.

Date: JAN 0 3 2012

JUDGE EARL MAAS

Hon. Earl H. Maas, III
Judge of the Superior Court

Submitted by:

THE MCMILLAN LAW FIRM, A.P.C.

BY: _____ 12/30/11
Evan Kalooky
Attorneys for Defendant
Kathleen Sterling