# EXHIBIT 'F'

| Date | Timekeeper | Description | Time |
|---|---|---|---|
| March 15, 2014 | SAM | Attend ATF raid | 6.50 |
| March 16, 2014 | SAM | Research warrant issues | 2.00 |
| March 16, 2014 | SAM | Discuss warrant issues and obtaining affidavit with client | 0.30 |
| March 16, 2014 | SAM | Further discussion on warrant issues and obtaining affidavit with client. | 0.40 |
| March 17, 2014 | SAM | Email to Dan Butcher re warrant. | 0.10 |
| April 2, 2014 | SAM | Call with client re strategy to obtain search warrant affidavit | 1.10 |
| April 3, 2014 | SAM | Call Court again re release of affidavit | 0.20 |
| May 7, 2014 | SAM | Review article re unsealing affidavit in support of warrant; discussion with client. | 0.30 |
| May 16, 2014 | SAM | Research character of seized goods as firearms for unsealing application. Review Michel & Associates Letter. | 0.50 |
| May 16, 2014 | SS | Research the law regarding a motion to discover and unseal affidavits supporting search warrants | 2.00 |
| May 21, 2014 | SAM | Review ATF approved polymer lower for Palmetto State Defense. | 0.50 |
| May 21, 2014 | SAM | Call from client re for update on efforts to obtain the search warrant affidavit | 0.30 |
| May 30, 2014 | SAM | Locate information re Peter Liss | 0.30 |
| May 30, 2014 | SS | Reviewed case file in preparation for motion to unseal search warrant documents | 1.70 |
| May 30, 2014 | SS | Research and analyzed case law and sample motions re unsealing search warrant documents | 2.00 |
| May 30, 2014 | SS | Drafted a notice of motion and motion to unseal search warrant documents | 0.50 |
| May 30, 2014 | SS | Drafted legal standard for motion to unseal search warrant documents | 1.00 |
| May 30, 2014 | SS | Created a detailed outline for motion to unseal search warrant documents | 1.50 |
| May 30, 2014 | SS | Consulted with client on latest interactions with the ATF and the consequences of the ATF raid with respect to his business | 0.50 |
| June 2, 2014 | SAM | Email to client re complete copies of he search warrants. Dialog. | 0.30 |
| June 2, 2014 | SS | Prepared first draft of motion to unseal search warrant documents | 3.00 |
| June 2, 2014 | SS | Began preparing declarations of McMillan, Karras and Liss in support of motion to unseal search warrant documents | 0.40 |
| June 2, 2014 | SS | Reviewed prior complaint for declaratiory and injunctive relief filed on behalf of Ares Armor and all supproting documents and exhibits, including the opp | 2.50 |
| June 2, 2014 | SS | Reviewed correspondence between Ares Armor and the BATFE | 1.00 |
| June 3, 2014 | SAM | Research re Tyler Hughes. Review case records. | 0.50 |
| June 3, 2014 | SAM | Correspondennce with Peter Liss re Tyler Hughes's proceedings, request for affidavit | 0.75 |
| June 3, 2014 | SAM | Follow up with client by email, request for warrants. Obtain details of the personnel at each location. | 0.50 |
| June 3, 2014 | SAM | Draft/revise motion to unseal search warrant | 0.60 |
| June 3, 2014 | SAM | Review documents from client. | 0.20 |
| June 3, 2014 | SAM | Research Tyler Hughes connection re search warrant issues | 0.40 |
| June 3, 2014 | SS | Revised motion to unseal search warrant documents | 2.50 |
| June 3, 2014 | SS | Research law regarding application of the constitutional exclusionary rule in forfeiture proceedings in support of motion to unseal search warrant docs. | 1.20 |
| June 3, 2014 | SS | Research law regarding post-judgment relief for criminal defendants who were convicted or plead guilty when the search warrant was defective | 0.80 |
| June 3, 2014 | SS | Input procedural history re the prior complaint, temporary restraining order, criminal charges, and forfeiture notice into the motion to unseal search warr | 1.50 |
| June 4, 2014 | SAM | Prepared first draft of declaration of Scott McMillan in support of motion to unseal search warrant docs. | 0.50 |
| June 4, 2014 | SAM | Prepared first draft of declaration of Dimitrios Karras in support of motion to unseal search warrant docs. | 0.80 |
| June 4, 2014 | SS | Modified arguments contained in the motion to unseal search warrant docs in light of Tyler Hughes pleading guilty. | 1.20 |
| June 4, 2014 | SS | Located and compiled exhibits to attach to Dimitrios Karras' declaration in support of motion to unseal search warrant docs. | 1.00 |
| June 5, 2014 | SAM | Call to Trish Lopez re unsealing search warrant | 0.20 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| June 5, 2014 | SAM | Review comments from client re draft declaration. | 0.25 |
| June 5, 2014 | SAM | Send client second draft of declaration. Edit. | 0.30 |
| June 5, 2014 | SAM | Review signed copy client returned. Comments to SES. | 0.20 |
| June 5, 2014 | SAM | Send client draft of declaration. Edit. | 0.20 |
| June 5, 2014 | SAM | Draft/revise declaration of Scott McMillan to support unsealing of affidavit of search warrant | 3.50 |
| June 5, 2014 | SAM | Call from client. | 0.10 |
| June 5, 2014 | SAM | Draft/revise motion to unseal search warrant | 2.50 |
| June 5, 2014 | SS | Review/analyze and finalized declaration of Scott McMillan for motion to unseal. | 0.50 |
| June 5, 2014 | SS | Review/analyze and finalized declaration of Dimitrios Karras for motion to unseal | 0.50 |
| June 5, 2014 | SS | Draft/revise motion to unseal based on finalized declarations, and filled in citations | 2.00 |
| June 6, 2014 | SAM | Call to District Court re calendar and case | 0.30 |
| June 9, 2014 | OB | Scanned, labeled, moved, emailed, filed away: Decl of Dimitrios Karras in Supp of Mtn to Unseal Search Warrant Docs, Decl of SAM in Supp of Mtn to Uns | 0.30 |
| June 9, 2014 | SS | Compiled three sets (one original and two copies) of motion to unseal search warrant docs Scanned, labeled, moved, emailed, filed away: POS of Ntc of M | 1.00 |
| June 10, 2014 | OB | Scanned, labeled, moved, emailed, filed away: POS of Ntc of Mtn & Mtn to Unseal Search Warrant Docs w Supp Docs. | 0.10 |
| June 10, 2014 | SAM | Send unfiled courtsey copy of Motion to Unseal Search Warrant documents to AUSA Butcher. | 0.20 |
| June 10, 2014 | SAM | Call with client, Dimitri Karras re progress on motion to unseal search warrant affidavit | 0.30 |
| June 10, 2014 | SAM | Walk through Search Warrant filing at Clerk's Office | 1.00 |
| June 10, 2014 | SAM | Call with Alan Beck | 0.30 |
| June 10, 2014 | SAM | Follow up re filing of warrant unsealing motion, pay fee and open case | 0.70 |
| June 10, 2014 | SS | Visited the US Courthouse, Judge Skomal's chambers, and the Clerk's office in efforts to docket the motion to unseal search warrant doc, but was rebuffe | 0.80 |
| June 10, 2014 | SS | Attempted to serve the US Attorney's Office a copy of the motion to unseal search warrant documents, but was rebuffed. | 1.00 |
| June 11, 2014 | OB | Downloaded, labeled, moved, emailed, filed away: Filed 1 Ntc of Mtn & Mtn to Unseal Search Warrant Docs, Filed 1-1 Decl of SAM in Supp of Mtn to Unse | 0.30 |
| June 11, 2014 | SAM | Email to AUSA's re where to take the filed complaint for unsealing to criminal or civil division. | 0.20 |
| June 11, 2014 | SAM | Email with client re results of efforts to file case. Further explanation. | 0.20 |
| June 11, 2014 | SAM | Email with client re results of efforts to file case. | 0.30 |
| June 11, 2014 | SAM | Dialog by email and review documents from Michel & Assoc. | 1.00 |
| June 12, 2014 | SAM | Email correspondence with opposing counsel Andrew Haden. | 0.40 |
| June 12, 2014 | SAM | Email from Andrew Haden introducing has handling attorney on unsealing effort. | 0.20 |
| June 12, 2014 | SAM | Call to client re update on efforts to file and serve motion to unseal search warrant affidavit | 0.10 |
| June 13, 2014 | SAM | Meet with client, Dustin, and Alan Beck | 2.00 |
| June 16, 2014 | MV | Revise reminders in calendar entries as to dates set by court in its scheduling order in Lycurgan case. | 0.10 |
| June 16, 2014 | OB | Downloaded, labeled, moved, emailed, filed away: Filed 3 Report of Clerk & Order of Transfer Pursuant to Low Number Rule. | 0.20 |
| June 16, 2014 | SAM | Review/analyze order of transfer (.2); discuss with client (.2). | 0.40 |
| June 19, 2014 | SAM | Call to court re hearing date. | 0.20 |
| June 19, 2014 | SAM | Discussion with client | 0.60 |
| June 19, 2014 | SAM | Call with client | 0.50 |
| June 23, 2014 | OB | Downloaded, labeled, moved, emailed, filed away: Filed 4 Order Setting Hearing Date and Briefing Schedule for Mtn to Unseal Search Warrant Docs. | 0.10 |
| June 23, 2014 | SAM | Review briefing schedule and set calendar entries. Inform client. | 0.30 |
| June 24, 2014 | OB | Labeled, filed away: Filed 4 Order Setting Hearing Date & Briefing Schedule For Plf Mtn to Unseal Search Warrant Docs. | 0.20 |
| June 25, 2014 | MV | Various emails with SAM re: certificates of service as to documents served on U.S. Attorneys office. Instructions to Olga re: preparing certificates of servic | 0.10 |
| June 25, 2014 | MV | Serve U.S. Attorneys Office, criminal division, with motion to unseal search warrant records and all other documents on docket. | 0.80 |
| June 25, 2014 | MV | Review of documents to be served on united states district court, civil division and criminal division. Instructions to Olga re: preparing labels. Phone call to | 0.20 |
| June 25, 2014 | OB | Set up two service packets for the U.S. Attorneys's office with the full docket of the case, created labels. | 0.40 |
| June 26, 2014 | MV | Review draft proofs of service on motion to unseal warrant, etc. Email to Olga re: revising same. | 0.10 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| June 26, 2014 | MV | Prepare notice of appearance of counsel and proof of service in forfeiture case. Print and place in folder for Scotts review. | 0.20 |
| June 26, 2014 | MV | Prepare email to Olga re: preparing copies of the expert reports, etc. | 0.05 |
| June 26, 2014 | MV | Review draft proofs of service to be uploaded. Print and place in folder for Scotts review. | 0.20 |
| June 26, 2014 | OB | Prepared POSs for U.S. Attorney's Office Civil and Criminal divisions. | 0.50 |
| June 26, 2014 | SAM | Discussion with Dimitri. | 0.50 |
| June 27, 2014 | SAM | Call with client. | 0.30 |
| June 27, 2014 | SAM | Review/analyze notice of appearance filed my MDV. Comment to MDV. | 0.20 |
| July 2, 2014 | SAM | Call from client. | 0.40 |
| July 9, 2014 | SAM | Review Notice of appearance of Andrew Haden. | 0.20 |
| July 10, 2014 | SAM | Research and discuss opposition to motion unsealing the warrant. | 1.20 |
| July 10, 2014 | SAM | Review/analyze opposition to motion to unseal warrant affidavit. | 0.40 |
| July 10, 2014 | SAM | Downloaded, saved, emailed, and filed US's Response in Opp to Petitioner's Mtn to Unseal Search Warrant Docs. | 0.50 |
| July 11, 2014 | SAM | Call from client. | 0.20 |
| July 11, 2014 | SAM | Research photography of law enforcement. | 0.40 |
| July 11, 2014 | SAM | Discuss sealing case with client. | 0.40 |
| July 14, 2014 | M | Pulled Document Re Search Warrant. | 0.10 |
| July 14, 2014 | SAM | Meet with client, draft and revise reply brief and supplemental declaration. | 4.80 |
| July 14, 2014 | SAM | Draft reply brief. | 2.50 |
| July 14, 2014 | SS | Reviewed cases cited in the opposition to motion to unseal. | 0.80 |
| July 14, 2014 | SS | Review/analyze opposition to motion to unseal search warrant affidavit. | 0.50 |
| July 17, 2014 | M | Saving Documents to Directory; Decl of SAM in Supp of Reply to US's Response. | 0.10 |
| July 17, 2014 | SAM | Draft/revise reply brief on motion re disclosing affidavit. | 3.50 |
| July 17, 2014 | SAM | Review/analyze NEF on reply. Check exhibits | 0.20 |
| July 17, 2014 | SAM | Draft/revise reply brief on motion re disclosing affidavit. | 2.20 |
| July 17, 2014 | SS | Draft/revise the reply brief in response to the government's opposition to the motion to unseal. | 1.20 |
| July 17, 2014 | SS | Drafted an objection to the declaration of Geerdes in support of the government's opposition to the motion to unseal. | 0.20 |
| July 17, 2014 | SS | Created an outline of the arguments and evidence presented in the government's opposition to the motion to unseal. | 0.50 |
| July 17, 2014 | SS | Conducted legal research into the issues raised by the government and the cited authorities in the opposition to the motion to unseal. | 1.60 |
| July 17, 2014 | SS | Created an outline of facts and argument in response to the government's opposition, using the legal research and facts in the declarations of McMillan a | 1.40 |
| July 17, 2014 | SS | Prepared a draft of the Reply in response to the government opposition to the motion to unseal | 3.40 |
| July 17, 2014 | SS | Drafted a request for judicial notice to include the recently filed complaint for equitable relief against the government in the reply brief re motion to unse | 0.40 |
| July 31, 2014 | M | Preparing documents for hearing on motion to unseal. | 0.50 |
| July 31, 2014 | M | Downloaded, saved, and filed Notice of Electronic Filing of Minute Order. | 0.25 |
| July 31, 2014 | SAM | Plan & Prepare for hearing. | 1.00 |
| July 31, 2014 | SAM | Attended court hearing on motion to unseal | 2.50 |
| July 31, 2014 | SS | Attended court hearing on motion to unseal | 2.50 |
| August 1, 2014 | M | Filing documents from Motion to Unseal Hearing | 0.25 |
| August 1, 2014 | SAM | Email to Andrew Haden re opposition to request for additional briefing, attach copy of CRPA suit. | 0.25 |
| August 1, 2014 | SAM | Review/analyze case filed in Fresno (.4); email to opposing counsel in San Diego re filing of supplemental briefing (.3); discussion with client (.2) | 0.90 |
| August 3, 2014 | SAM | Review and respond to email re issue being mooted. | 0.50 |
| August 4, 2014 | SAM | Email from client re disclosure of affidavit. | 0.10 |
| August 5, 2014 | SAM | Email to Andrew Haden re decision on unsealing of warrant. | 0.10 |
| August 14, 2014 | M | Downloading, saving, and filing United States' Supplemental Briefing and Order Downloading, saving, and filing United States' Supplemental Briefing and O | 0.25 |
| August 14, 2014 | M | Downloading, saving, and filing Updated United States' Supplemental Briefing and Order Sealing Search Warrant, Application, and Affidavit for Search Wa | 0.25 |

| Date | Person | Description | Hours |
|---|---|---|---|
| August 14, 2014 | MV | Review of uploaded brief, comparing it with that previously stricken. Meeting with Michaele re: filing same. | 0.05 |
| August 14, 2014 | SAM | Call from Andrew Haden. | 0.10 |
| August 14, 2014 | SAM | Email client unsealed affidavit in supprort of warrant. Review/analyze unsealed warrant re redactions. | 0.30 |
| August 14, 2014 | SAM | Call to client. | 0.10 |
| August 14, 2014 | SAM | Call to client re unsealing. | 1.00 |
| August 14, 2014 | SAM | Research and calendar initial deadline re fee application. | 0.20 |
| August 15, 2014 | SAM | Email dialog wtih client, review comments re misstatement. | 0.20 |
| August 15, 2014 | SAM | Email dialog with client. | 0.20 |
| August 15, 2014 | SAM | Research EAJA, discuss with CMK. | 0.30 |
| August 15, 2014 | SS | Prepared a first draft of the response to the government's supplemental briefing, requesting the court to issue a ruling on plaintiff's motion to unseal the | 2.50 |
| August 15, 2014 | SS | Reviewed and analyzed the redacted search warrant submitted by the government. | 0.50 |
| August 15, 2014 | SS | Research the law regarding mootness and the exceptions thereto in preparation for response to the government's supplemental briefing. | 1.50 |
| August 16, 2014 | SAM | Draft/revise supplemental briefing/ New trial motion. | 2.00 |
| August 19, 2014 | SS | Research law regarding the redaction of the names of government agents who applied for a search warrant affidavit. | 0.60 |
| August 19, 2014 | SS | Draft/revise Plaintiff's response to Government's supplemental briefing, and included a section challenging the Government's redaction of the agents' nar | 1.10 |
| August 21, 2014 | M | Downloading, saving, and filing Order Denying as Moot Plaintiff'e Motion to Unseal Search Warrant Documents and Judgment in a Civil Case. | 0.40 |
| August 25, 2014 | SAM | Research rules re time of bill of costs, attorneys fees. | 0.50 |
| September 2, 2014 | MV | Meeting with Sean re: tallying fees to be sought against government for motion to unseal search warrant | 0.25 |
| September 3, 2014 | SS | Created outline for motion for new trial under Rule 59(a). | 1.50 |
| September 3, 2014 | SS | Research federal law regarding motion for new trial under FRCP, Rule 59(a). | 2.00 |
| September 3, 2014 | SS | Research legal standard and law regarding fee motions in district court. | 1.50 |
| September 3, 2014 | SS | Prepared a declaration of Scott A. McMillan averring to the costs incurred in the motion to unseal. | 0.80 |
| September 3, 2014 | SS | Located, reviewed, and calculated all billings and costs relating to the forfeiture and motion to unseal search warrant affidavit. | 0.70 |
| September 4, 2014 | SAM | Research, draft and revise notice of request for attorneys fees, and bill of costs. | 1.00 |
| September 8, 2014 | SAM | Discuss deadline re EAJ fee motion. | 0.20 |
| September 15, 2014 | SAM | Call to District court re New Trial Motion hearing date. | 0.20 |
| September 15, 2014 | SAM | Draft/revise notice of motion for new trial. | 0.30 |
| September 19, 2014 | SS | Draft/revise motion for fees in unsealing case, along with all supporting documents | 2.20 |
| September 20, 2014 | SAM | Research, Draft/revise motion for fees in unsealing case. | 2.40 |

| | | |
|---|---|---|
| Total | | 129.50 |
| | | 129.5 |

| | |
|---|---|
| Michaele | 10.90 |
| Scott | 65.00 |
| Sean Smith | 37.75 |

| | |
|---|---:|
| Michelle | 10.30 |
| Olga | 8.95 |