LAURA E DUFFY
United States Attorney
ANDREW R. HADEN
Assistant U.S. Attorney
California Bar No.: 258436
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE SEARCH OF:<br><br>Ares Armor, 206/208 N. Freeman St., Oceanside; Ares Armor, 416 National City Blvd.; Ares Armor Warehouse, 180 Roymar St. D; and 2420 Industry, Oceanside, CA.<br><br>LYCURGAN, INC. d/b/a ARES ARMOR,<br>      Petitioner,<br><br>  v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br>      Respondent, | Case No.: 14-CV-1424-JLS<br><br>**JOINT MOTION TO CONTUNE HEARING DATE AND SET BRIEFING SCHEDULE** |

It is the JOINT MOTION of the parties that all of the pending motions be continued to a single motion hearing to take place on November 20, 2014. It is also the joint request that any responses to the motions should be due on or before October 23, 2014, and that replies should be due on or before November 6, 2014.

DATED: September 25, 2014  Respectfully submitted,

              LAURA E. DUFFY
              United States Attorney
/s/ *Scott A. McMillan*    /s/*Andrew Haden*
Scott A. McMillan      Andrew R. Haden
              Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE SEARCH OF:<br><br>Ares Armor, 206/208 N. Freeman St., Oceanside; Ares Armor, 416 National City Blvd.; Ares Armor Warehouse, 180 Roymar St. D; and 2420 Industry, Oceanside, CA.<br><br>LYCURGAN, INC. d/b/a ARES ARMOR,<br><br>Petitioner,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>Respondent, | Case No.: 14-CV-1424-JLS<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, ANDREW HADEN, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of JOINT MOTION TO CONTUNE HEARING DATE AND SET BRIEFING SCHEDULE together with memorandum of points and authorities on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    Scott McMillan, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

    Executed on September 25, 2014.

                                        s/Andrew Haden
                                        ANDREW R. HADEN