# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE SEARCH OF:<br><br>Ares Armor, 206/208 N. Freeman St., Oceanside; Ares Armor, 416 National City Blvd.; Ares Armor Warehouse, 180 Roymar St. D; and 2420 Industry, Oceanside, CA.<br>_____<br>LYCURGAN, INC. d/b/a ARES ARMOR,<br><br>       Petitioner,<br>vs.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>       Respondent. | CASE NO. 14-CV-1424 JLS (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING DATE AND SET BRIEFING SCHEDULE**<br><br>(ECF Nos. 21, 22, 23, 24, 29, 30) |

  Presently before the Court is the parties' Joint Motion to continue all of the pending motions hearings until November 20, 2014, and to consolidate the briefing schedule. Hearings on Petitioner's motion for a new trial or further action from the court and motions for attorneys' fees are currently scheduled for October 30, 2014. The parties ask that the Court continue the motions hearings until November 20, 2014, and amend and consolidate the briefing schedule. Accordingly, good cause appearing, the Court **GRANTS** the Joint Motion.

1 | The hearings on Petitioner's motions are **HEREBY CONTINUED** to 1:30 p.m.
2 | on Thursday, November 20, 2014. Respondent **MAY FILE** responses to the motions
3 | on or before October 23, 2014. Petitioner **MAY FILE** a reply, if any, on or before
4 | November 6, 2014.

**IT IS SO ORDERED**.

DATED: September 29, 2014

_Janis L. Sammartino_
Honorable Janis L. Sammartino
United States District Judge