**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE THE SEARCH OF:<br><br>Ares Armor, 206/208 N. Freeman St., Oceanside; Ares Armor, 416 National City Blvd.; Ares Armor Warehouse, 180 Roymar St. D; and 2420 Industry, Oceanside, CA.<br>_____<br>LYCURGAN, INC. d/b/a ARES ARMOR,<br><br>                       Petitioner,<br>vs.<br><br><br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br>                       Respondent. | CASE NO. 14-CV-1424 JLS (BGS)<br><br>**AMENDED ORDER *SUA SPONTE* CONTINUING HEARING ON PLAINTIFF'S MOTIONS FOR ATTORNEY'S FEES AND MOTION FOR FURTHER ACTION**<br><br>(ECF Nos. 21, 23, 29-1) |

Presently before the Court is Petitioner Lycurgan, Inc. d/b/a Ares Armor's ("Petitioner") Amended Motion for Attorneys' Fees Pursuant to Federal Rule of Civil Procedure 54(e) and 28 U.S.C. § 2412, Motion for New Trial or Further Action From the Court on the Judgment Pursuant to Federal Rule of Civil Procedure 59(a), and

Motion for Attorney's Fees Pursuant to Federal Rule of Civil Procedure 54(d) and 28 U.S.C. § 2412. (ECF Nos. 21, 23, and 29 respectively.) On its own motion, the Court **HEREBY CONTINUES** the hearing on the aforementioned motions presently scheduled for November 20, 2014 to Friday, December 12, 2014 at 2:30pm. Petitioner, if it wishes, shall still file its reply November 6, 2014.

**IT IS SO ORDERED**.

DATED: October 29, 2014

Honorable Janis L. Sammartino
United States District Judge