Reset Form

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

### TRANSCRIPT DESIGNATION AND ORDERING FORM

Print Form

**FILED**

**NOV 05 2014**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

14-56550

U.S. COURT OF APPEALS CASE NUMBER

3:14-cv-01424-JLS-BGS

U.S. DISTRICT COURT CASE NUMBER

Lycurgan, Inc. v Bureau of Alcohol, Tobacco, Firearms

SHORT CASE TITLE

August 19, 2014

DATE NOTICE OF APPEAL FILED BY CLERK OF DISTRICT COURT

**SECTION A** - TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT

| HEARING DATE | COURT REPORTER/ MAGISTRATE JUDGE | PROCEEDINGS |
|---|---|---|
| 07/31/2014 | Judge Janis Sammartino | ☐ Voir Dire ☐ Opening Statements ☐ Settlement Instructions ☐ Closing Arguments ☐ Jury Instructions ☐ Pre-Trial Proceedings ☒ Other (Please Specify) Hearing on Motion to Compel |
| | | ☐ Voir Dire ☐ Opening Statements ☐ Settlement Instructions ☐ Closing Arguments ☐ Jury Instructions ☐ Pre-Trial Proceedings ☐ Other (Please Specify) |
| | | ☐ Voir Dire ☐ Opening Statements ☐ Settlement Instructions ☐ Closing Arguments ☐ Jury Instructions ☐ Pre-Trial Proceedings ☐ Other (Please Specify) |
| | | ☐ Voir Dire ☐ Opening Statements ☐ Settlement Instructions ☐ Closing Arguments ☐ Jury Instructions ☐ Pre-Trial Proceedings ☐ Other (Please Specify) |
| | | ☐ Voir Dire ☐ Opening Statements ☐ Settlement Instructions ☐ Closing Arguments ☐ Jury Instructions ☐ Pre-Trial Proceedings ☐ Other (Please Specify) |
| | | ☐ Voir Dire ☐ Opening Statements ☐ Settlement Instructions ☐ Closing Arguments ☐ Jury Instructions ☐ Pre-Trial Proceedings ☐ Other (Please Specify) |

ATTACH ADDITIONAL PAGE FOR DESIGNATIONS, IF NECESSARY

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

☒ As retained counsel (or litigant in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

☐ As appointed counsel, I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within five (5) days hereof, will be obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

NAME, ADDRESS AND TELEPHONE NUMBER:

Michelle D. Volk
The McMillan Law Firm, APC
4670 Nebo Drive, Ste 200
La Mesa, CA 91941
(619)464-1500 ext. 13

DATE TRANSCRIPT ORDERED: November 2, 2014

_Michelle Volk_

SIGNATURE
ATTORNEY/PRO PER LITIGANT

THIS FORM IS DIVIDED INTO FIVE (5) PARTS. IT SHOULD BE USED TO COMPLY WITH THE FEDERAL RULES OF APPELLATE PROCEDURE AND THE LOCAL RULES OF THE U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT REGARDING THE DESIGNATION AND ORDERING OF COURT REPORTERS' TRANSCRIPTS.

PLEASE NOTE THE SPECIFIC INSTRUCTIONS BELOW. IF THERE ARE FURTHER QUESTIONS, CONTACT THE CLERK'S OFFICE, U.S. DISTRICT COURT AT (619) 557-6368

## SPECIFIC INSTRUCTIONS FOR ATTORNEYS/PRO PER LITIGANTS

1. Pick up form from District Court Clerk's Office when filing the notice of appeal.
2. Complete **Section A**. Place additional designations on blank paper, if needed.
3. Send **Copy One** to District Court.
4. Send **Copy Four** to opposing counsel. Make additional photocopies, if necessary.
5. Send **Copy Two** and **Copy Three** to court reporter. Contact court reporter to make further arrangements for payment.
6. Continue to monitor progress of transcript preparation.

### TRANSCRIPT DESIGNATION AND ORDERING FORM

COPY ONE

Kcvd
11/5/14

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document:

**1.**    **Transcript Designation and Ordering Form** [COPY FOUR only],

together with an <u>unsigned</u> copy of this Certificate of Service  has been served on November 4, 2014, via first class mail to:

Attorneys for Respondent
Bureau of Alcohol Tobacco and Firearms:


Laura E. Duffy
United States Attorney
Andrew R. Haden
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
TEL: (619) 557-5610 Or Toll Free  (800) 544-1106
FAX: (619) 546-0720
Emails  :andrew.haden@usdoj.gov,
Efile.dkt.gc1@usdoj.gov, esmeralda.diaz@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.  Signed this 4th day of November, 2014

Michelle D. Volk

*The McMillan Law Firm, APC*
4670 Nebo Drive, Suite 200
La Mesa, CA 91941-5230



SAN DIEGO CA 920

04 NOV 2014 PM 9 L

Attn: Appeals

U.S. District Court - Clerk's office
Southern District of California
333 W. Broadway, Ste 420
San Diego, CA 92101

92101380520



RECEIVED
NOV - 5 2014
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

