Scott A. McMillan, SBN 212506
Michelle D. Volk, SBN 217151
Sean E. Smith, SBN 288973
**THE MCMILLAN LAW FIRM, APC**
4670 Nebo Dr., Suite 200
La Mesa, CA 91941-5230
Tel. 619-464-1500 x 14
Fax. 206-600-5095

Attorneys for Petitioner,
Lycurgan, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE SEARCH OF:<br>Ares Armor, 206/208 N. Freeman St., Oceanside; Ares Armor, 416 National City Blvd.; Ares Armor Warehouse, 180 Roymar St. D; and 2420 Industry, Oceanside, CA.<br><br>LYCURGAN, INC. d/b/a ARES ARMOR,<br>　　　　　　Petitioner,<br>　　vs.<br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br>　　　　　　Respondent. | CASE NO. 14-CV-1424 JLS (BGS)<br><br>**REPLY DECLARATION OF SCOTT A. McMILLAN IN SUPPORT OF LYCURGAN'S MOTION FOR NEW TRIAL**<br><br>Judge: Hon. Janis L. Sammartino<br>Dept.: 4A<br>Hearing Date: December 12, 2014<br>Hearing Time: 2:30 P.M. |

**REPLY DECLARATION OF SCOTT A. MCMILLAN**

I, Scott A. McMillan, declare under the penalty of perjury:

1. I am the attorney of Lycurgan, Inc., a California corporation d/b/a Ares Armor ("Lycurgan") and if called before this court or any other court I could and would testify competently to the following from my own personal knowledge, except as to those matters I state on information and belief, and as to those matters I believe them to be true.

2. With respect to the Government's comment regarding regarding the online postings, found at page 11:

"As a small sample of the websites can be found at: https://charlescarrollsociety.com/2014/03/21/jackboot-of-the-weekbatfe-agents-involved-in-ares-armor-harassment-2a/ (listing various judges, attorneys, and ATF agents and providing the name, phone number, and address of one attorney; .."

I simply emailed the publisher of the blog and requested that he not publish the participants names. The publisher of the Charlescarrollsociety.com was quite gracious and made the edits almost immediately.

3. Exhibit A is a true and correct copy of the Veto message for SB808 as I downloaded it from http://gov.ca.gov/docs/SB_808_Veto_Message.pdf

4. With respect to the circumstances of Mr. Karras arrest and presently pending misdemeanor charge, I am informed and believe the following facts are true:

On March 1, 2014, Melissa Mahoney and Dimitri Karras were standing outside of Larry's Beach Club, a tavern in Oceanside, California. Mr. Karras heard his girlfriend Melissa scream in pain and crying out for help. Mr. Karras turned towards her and saw a male, 6'2" in height, weighing approximately 240 pounds. Ms. Mahoney's assailant had a hold of Melissa and tossing her about like a rag-doll. Mr. Karras pulled the assailant off of Ms. Mahoney. Ms. Mahoney's assailant began punching Mr. Karras in the face. Then, Mr. Karras was attacked by the assailant's friends, brought to the ground, and was repeatedly struck by them despite not being a threat.

Melissa Mahoney was injured. She required medical attention.

Dimitri Karras was injured, he required medical attention.

At the preliminary hearing, the so-called "victim" testified under oath that he required no medical attention. Based on that testimony, the Court found that the so-called "victim" was not injured within the definition of the law. The Court reduced the charges to a misdemeanor.

1      5.    Exhibit B is a true and correct copy of the ATF Press Release which bears a date of October 23, 2014, downloaded from the following URL: http://www.atf.gov/content/contact-us/pressroom/receiver-blanks-Q%26As

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on November 6, 2014, at the City of La Mesa, County of San Diego, State of California.

                           /s/ Scott A. McMillan
                           Scott A. McMillan