# EXHIBIT 'A'



OFFICE OF THE GOVERNOR

SEP 30 2014

To the Members of the California State Senate:

I am returning Senate Bill 808 without my signature.

SB 808 would require individuals who build guns at home to first obtain a serial number and register the weapon with the Department of Justice.

I appreciate the author's concerns about gun violence, but I can't see how adding a serial number to a homemade gun would significantly advance public safety.

Sincerely,

Edmund G. Brown Jr.

GOVERNOR EDMUND G. BROWN JR. • SACRAMENTO, CALIFORNIA 95814 • (916) 445-2841