Scott A. McMillan, SBN 212506
Michelle D. Volk, SBN 217151
Sean E. Smith, SBN 288973
**The McMillan Law Firm, APC**
4670 Nebo Dr., Suite 200
La Mesa, CA 91941-5230
Tel. 619-464-1500 x 14
Fax. 206-600-5095

Attorneys for Petitioner,
Lycurgan, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE SEARCH OF:<br>Ares Armor, 206/208 N. Freeman St., Oceanside; Ares Armor, 416 National City Blvd.; Ares Armor Warehouse, 180 Roymar St. D; and 2420 Industry, Oceanside, CA. | CASE NO. 14-CV-1424 JLS (BGS)<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Janis L. Sammartino<br>Courtroom: 4A<br>Hearing Date: December 12, 2014<br>Hearing Time: 2:30 P.M. |
| LYCURGAN, INC. d/b/a ARES ARMOR,<br>                Petitioner,<br>   vs.<br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br>                Respondent. | |

## CERTIFICATE OF SERVICE

I, Scott A. McMillan, declare the following:

    I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 4670 Nebo Drive, Suite 200, La Mesa, California 91941. On November 6, 2014 I served the following documents:

**1. PETITIONER LYCURGAN, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR NEW TRIAL**

**2. REPLY DECLARATION OF SCOTT A. McMILLAN IN SUPPORT OF LYCURGAN'S MOTION FOR NEW TRIAL**

3. **PETITIONER LYCURGAN, INC.'S APPLICATION FOR LEAVE TO EXTEND PAGE LIMIT FOR ITS REPLY IN SUPPORT OF ITS MOTION FOR NEW TRIAL**

as follows:

[X] I have caused service of the above documents by electronically filing them with the Clerk of the District Court using its ECF System, which electronically notifies:

Laura E. Duffy
United States Attorney
Andrew R. Haden
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101

Andrew Richard Haden andrew.haden@usdoj.gov, Efile.dkt.gc1@usdoj.gov, esmeralda.diaz@usdoj.gov

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on November 6, 2014, at the City of La Mesa, County of San Diego, California.

/Scott A. McMillan/
_____
Scott A. McMillan