# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE SEARCH OF:<br><br>Ares Armor, 206/208 N. Freeman St., Oceanside; Ares Armor, 416 National City Blvd.; Ares Armor Warehouse, 180 Roymar St. D; and 2420 Industry, Oceanside, CA.<br>_____<br><br>LYCURGAN, INC. d/b/a ARES ARMOR,<br><br>       Petitioner,<br><br>vs.<br><br><br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>       Respondent. | CASE NO. 14-CV-1424 JLS (BGS)<br><br>**ORDER GRANTING PETITIONER LYCURGAN, INC.'S (1) APPLICATION FOR LEAVE TO EXTEND PAGE LIMIT FOR ITS REPLY IN SUPPORT OF ITS MOTION FOR NEW TRIAL, AND (2) APPLICATION FOR LEAVE T EXTEND PAGE LIMIT FOR ITS REPLY IN SUPPORT OF ITS MOTION FOR ATTORNEYS' FEES**<br><br>(ECF Nos. 40 and 41) |

   Presently before the Court is Petitioner Lycurgan, Inc. d/b/a Ares Armor's ("Petitioner") Application for Leave to Extend Page Limit for its Reply in Support of

its Motion for New Trial and Application for Leave to Extend Page Limit for its Reply in Support of its Motion for Attorneys' Fees. (ECF Nos. 40 and 41.) Petitioner has already filed its Replies with the excess pages requested in its motions. (ECF Nos. 38 and 39.) Good cause appearing, the Court **GRANTS** the applications.

**IT IS SO ORDERED**.

DATED: November 12, 2014

Honorable Janis L. Sammartino
United States District Judge