# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE SEARCH OF:<br><br>Ares Armor, 206/208 N. Freeman St., Oceanside; Ares Armor, 416 National City Blvd.; Ares Armor Warehouse, 180 Roymar St. D; and 2420 Industry, Oceanside, CA.<br><br>_____<br><br>LYCURGAN, INC. d/b/a ARES ARMOR,<br><br>       Petitioner,<br><br>vs.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>       Respondent. | CASE NO. 14-CV-1424 JLS (BGS)<br><br>**ORDER VACATING HEARING**<br><br>(ECF Nos. 21, 23, 29-1) |

Presently before the Court is Petitioner Lycurgan, Inc. d/b/a Ares Armor's ("Petitioner") Amended Motion for Attorneys' Fees Pursuant to Federal Rule of Civil Procedure 54(e) and 28 U.S.C. § 2412, Motion for New Trial or Further Action From the Court on the Judgment Pursuant to Federal Rule of Civil Procedure 59(a), and Motion for Attorney's Fees Pursuant to Federal Rule of Civil Procedure 54(d) and 28 U.S.C. § 2412. (ECF Nos. 21, 23, and 29 respectively.) The Court **HEREBY**

- 1 -                                                      14cv1424

**VACATES** the hearing on these motions set for December 12, 2014 and takes these matters under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

DATED: December 5, 2014

_____
Honorable Janis L. Sammartino
United States District Judge