FILED

JAN 20 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: THE SEARCH OF: ARES AMOR, 206/208 N. FREEMAN ST., OCEANSIDE; et al.<br><br>LYCURGAN, INC., DBA Ares Armor,<br><br>    Petitioner - Appellant,<br><br> v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>    Respondent - Appellee. | No. 14-56550<br><br>D.C. No. 3:14-cv-01424-JLS-BGS<br>Southern District of California,<br>San Diego<br><br>ORDER |

    The record reflects that the district court has denied the post-judgment motion and that an amended notice of appeal has been filed to include the order denying the post-judgment motion. Accordingly, the notice of appeal is so amended and briefing resumes.

    Within 10 days after the filing of this order, appellant shall designate any reporter's transcripts or serve on appellee a statement indicating that appellant does not intend to order any transcripts. *See* 9th Cir. R. 10-3.1(a). If appellant designates transcripts, the transcripts will be due March 2, 2015.

ELF/MOATT

The opening brief and excerpts of record are due April 13, 2015; the answering brief is due May 13, 2015; and the optional reply brief is due within 14 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Emily L. Fedman
Deputy Clerk

ELF/MOATT