Scott A. McMillan, SBN 212506
Michelle D. Volk, SBN 217151
Sean E. Smith, SBN 288973
**THE MCMILLAN LAW FIRM, APC**
4670 Nebo Dr., Suite 200
La Mesa, CA 91941-5230
Tel. 619-464-1500 x 14
Fax. 206-600-5095

Attorneys for Petitioner,
Lycurgan, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>Ares Armor, 206/208 N. Freeman St., Oceanside; Ares Armor, 416 National City Blvd.; Ares Armor Warehouse, 180 Roymar St. D; and 2420 Industry, Oceanside, CA.<br>In the Matter of the Search of:<br><br>———————————————<br><br>LYCURGAN, INC. d/b/a ARES ARMOR,<br>　　　　　　　　Petitioner,<br>　　　vs.<br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br>　　　　　　　　Respondent. | CASE NO. 14-CV-1424 JLS (BGS)<br><br>**PETITIONER LYCURGAN, INC.'S STATEMENT OF ISSUES ON APPEAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 10(b)(3)(A)**<br><br>Judge: Hon. Janis L. Sammartino<br>Dept.: 4A |

Pursuant to Federal Rule of Appellate Procedure 10(b)(3)(A), Appellant Lycurgan, Inc. submits the following Statement of Issues on Appeal:

1.　　Whether the Court erred in finding that Plaintiff Lycurgan, Inc. was not the prevailing party in its action to unseal the search warrant affidavit when the Government unsealed the search warrant affidavit after full briefing and arguments on the action, and after the Court

1  determined that the Government did not offer the requisite

2  compelling reason for the continued sealing.

3  2.  Whether the Court erred in finding that the Government's position to

4  continue sealing the search warrant affidavit was substantially

5  justified based on the Government's contention that sealing is

6  necessary in light of its pending, and publicly known, criminal

7  investigation.

8  3.  Whether the Court erred in finding that the case, *United States v.*

9  *Business of Custer Battlefield Museum* (9th Cir. 2011) 658 F.3d 1188,

10  1191, substantially justified the Government's position to deny

11  Plaintiff Lycurgan, Inc.'s access to the search warrant affidavit, even

12  though the government and court in said case recognized the search

13  target's right of access to the search warrant affidavit pending the

14  criminal investigation.

15  4.  Whether the Court erred in dismissing Plaintiff Lycurgan, Inc.'s case

16  as moot based solely on the Government's arguments, and without

17  affording Plaintiff an opportunity to respond.

18  5.  Whether the Court erred in finding that "unique circumstances"

19  warranted the redaction of the search warrant affiant's name to ensure

20  the affiant's safety.

21  6.  Whether the Court erred in finding that the redacted version of the

22  search warrant affidavit provides Plaintiff Lycurgan, Inc. all the

23  information Plaintiff sought at the outset of this case.

24

25  //

26  //

27

28  *14-cv-1424 JLS (BGS)*     APPELLANT'S STATEMENT OF ISSUES ON APPEAL     2

1  7. Whether the Court erred in finding that the redacted version of the

2    search warrant affidavit, which conceals the affiant's name who

3    determined Plaintiff Lycurgan, Inc.'s products are "firearms," is

4    sufficient.

5  8. Whether the Court erred in finding that there is no reasonable

6    expectation that Plaintiff Lycurgan, Inc. will be subject to the same

7    action by the Government in the future.

8

9            Respectfully submitted,

10           THE MCMILLAN LAW FIRM, APC

11           /s/ Michelle D. Volk

12 Dated: January 28, 2015    _____

13           Michelle D. Volk
             Attorneys for Appellant
14           Lycurgan, Inc.

15

16

17

18

19

20

21

22

23

24

25

26

27

28 *14-cv-1424 JLS (BGS)*  APPELLANT'S STATEMENT OF ISSUES ON APPEAL  3

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document:

**1.** PETITIONER LYCURGAN, INC.'S STATEMENT OF ISSUES ON APPEAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 10(b)(3)(A)

together with a copy of this Certificate of Service has been served on January 28, 2015, via electronic service (ECF) to

**Andrew Richard Haden, Attorneys for Respondent**
Bureau of Alcohol Tobacco and Firearms:
andrew.haden@usdoj.gov, Efile.dkt.gc1@usdoj.gov, esmeralda.diaz@usdoj.gov

**Scott A McMillan, Attorney for Lycurgan, Inc.**
scott4670@gmail.com, anicemarie2@aol.com, brho01@gmail.com, cmarnold4670@gmail.com, cmk@slksf.com, cohashi4670@gmail.com, dimitri@aresarmor.com, jmarshall4670@gmail.com, mkanczel4670@gmail.com, mvolk4670@gmail.com, sam0661@gmail.com, scott@mcmillanlaw.us, sesmith4670@gmail.com

I declare under penalty of perjury that the foregoing is true and correct. Signed this 28ᵗʰ day of January 2015.

_____
Michelle D. Volk